**Joe Allen HARDY, Movant–Appellant,**

v.

**STATE of Missouri, Respondent–Respondent.**

**No. 56022.**

Missouri Court of Appeals, Eastern District, Division One.

Sept. 12, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 10, 1989.

Application to Transfer Denied Nov. 14, 1989.

Ilene A. Goodman, St. Louis, for movant-appellant.

William L. Webster, Atty. Gen., Robert V. Franson, Asst. Atty. Gen., Jefferson City, for respondent-respondent.

#### ORDER

Movant appeals from that part of a judgment, entered after an evidentiary hearing,

denying his Rule 27.26 motion claim that his plea was involuntary because counsel was ineffective. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).